# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES L. GAZZOLA, | ) )  ) |
| Plaintiff, | ) Civil Action No. 1:18-cv-01853-UNA ) |
| v. | ) DEMAND FOR JURY TRIAL ) |
| BAYHEALTH MEDICAL CENTER, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S UNCONTESTED MOTION TO WITHDRAW NOTICE OF REMOVAL**

Defendant Bayhealth Medical Center, Inc. ("Bayhealth") hereby requests that the Court deem withdrawn the Notice of Removal, D.I. 1, in the above matter, and remand this action back to the Superior Court of the State of Delaware. Counsel for Bayhealth have corresponded with counsel for Plaintiff James L. Gazzola regarding the Notice of Removal, and all parties agree that the case should be remanded.

Accordingly, Bayhealth respectfully requests that it be permitted to withdraw its Notice of Removal, D.I. 1, and that this matter be remanded to the Superior Court of the State of Delaware.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 27, 2018 | **BLANK ROME LLP** |
|  | */s/ Larry "Buzz" R. Wood, Jr.* <br> Larry "Buzz" R. Wood, Jr. (No. 3262) <br> Bryan J. Hall (No. 6285) <br> 1201 N. Market Street, Suite 800 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-6400 <br> Facsimile: (302) 425-6464 <br> LWood@BlankRome.com <br> BHall@BlankRome.com |
|  | *Attorneys for Defendant* <br> *Bayhealth Medical Center, Inc.* |